(April 14, 1987)

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT JENKINS, Petitioner, v EUGENE S. LeFEVRE, as Superintendent of Clinton Correctional Facility, Respondent.—Application, pursuant to CPL 7002 (b) (2) for writ of habeas corpus denied. Kane, J. P., Main, Casey, Weiss and Mikoll, JJ., concur.